# EXHIBIT A

**Int. Cl.: 5**

**Prior U.S. Cls.: 6, 18, 44, 46, 51, and 52**

**United States Patent and Trademark Office**

Reg. No. 3,068,863

Registered Mar. 14, 2006

## TRADEMARK
### PRINCIPAL REGISTER

# CAVEMAN DIET

FRITZ, BOB (UNITED STATES INDIVIDUAL)
1346 HIGHLAND AVE
MARTINEZ, CA 94553

FOR: DIETARY FOOD SUPPLEMENTS CONSIST-ING OF FRESH, CANNED, FROZEN, OR DRIED FRUITS, NUTS, SEEDS, BERRIES, VEGETABLES AND MEAT PRODUCTS, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).

FIRST USE 8-0-2002; IN COMMERCE 8-24-2005.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "DIET", APART FROM THE MARK AS SHOWN.

SN 78-081,973, FILED 8-30-2001.

TARAH HARDY, EXAMINING ATTORNEY

# EXHIBIT B

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,515,492**

**Registered Apr. 15, 2014**

**Int. Cl.: 5**

**TRADEMARK**

**PRINCIPAL REGISTER**

CAVEMAN FOODS, LLC (CALIFORNIA LIMITED LIABILITY COMPANY)
2950 BUSKIRK AVENUE, SUITE 170
WALNUT CREEK, CA 94597

FOR: NUTRITIONAL SUPPLEMENT ENERGY BARS, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).

FIRST USE 1-31-2013; IN COMMERCE 1-31-2013.

THE MARK CONSISTS OF THE WORD "CAVEMAN" WITH A JUMPING STICK FIGURE BETWEEN THE "CAVE" AND "MAN".

SN 85-719,301, FILED 9-3-2012.

SANJEEV VOHRA, EXAMINING ATTORNEY



*Michelle K. Lee*

**Deputy Director of the United States**
**Patent and Trademark Office**

# EXHIBIT C



# United States of America
## United States Patent and Trademark Office

# CAVEMAN CRUNCH

**Reg. No. 4,120,331**
**Registered Apr. 3, 2012**

CAVEMAN FOODS, LLC (CALIFORNIA LIMITED LIABILITY COMPANY)
2950 BUSKIRK AVE STE 122
WALNUT CREEK, CA 94597

**Int. Cl.: 5**

FOR: DIETARY AND NUTRITIONAL SUPPLEMENTS, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).

**TRADEMARK**

FIRST USE 12-3-2007; IN COMMERCE 1-24-2008.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 3,068,863.

SER. NO. 85-107,869, FILED 8-15-2010.

DAVID H. STINE, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

EXHIBIT C - 20

# EXHIBIT D



# CAVEMAN FOODS

**Reg. No. 4,565,451**

**Registered July 8, 2014**

CAVEMAN FOODS, LLC (CALIFORNIA CORPORATION)
2950 BUSKIRK AVE., SUITE 122
WALNUT CREEK, CA 94597

**Int. Cl.: 29**

FOR: JERKY, IN CLASS 29 (U.S. CL. 46).

FIRST USE 12-1-2010; IN COMMERCE 12-1-2010.

**TRADEMARK**

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,068,863 AND 3,403,446.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "FOODS", APART FROM THE
MARK AS SHOWN.

SN 85-981,476, FILED 3-16-2011.

JOHN DALIER, EXAMINING ATTORNEY



**Deputy Director of the United States**
**Patent and Trademark Office**

EXHIBIT D - 21

# EXHIBIT E

# United States of America

### United States Patent and Trademark Office

# CAVEMAN JERKY

**Reg. No. 4,841,590**

**Registered Oct. 27, 2015**

CAVEMAN FOODS, LLC (CALIFORNIA LIMITED LIABILITY COMPANY)
3595 MT. DIABLO BLVD., SUITE 200
LAFAYETTE, CA 94549

**Int. Cl.: 29**

FOR: JERKY, IN CLASS 29 (U.S. CL. 46).

FIRST USE 9-8-2015; IN COMMERCE 9-8-2015.

**TRADEMARK**

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,068,863 AND 3,403,446.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "JERKY", APART FROM THE
MARK AS SHOWN.

SN 85-320,308, FILED 5-13-2011.

JOHN DALIER, EXAMINING ATTORNEY



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

# EXHIBIT F

# United States of America
## United States Patent and Trademark Office

# CAVEMAN FOODS

**Reg. No. 4,863,604**

**Registered Dec. 1, 2015**

**Int. Cl.: 29**

**TRADEMARK**

**PRINCIPAL REGISTER**

CAVEMAN FOODS, LLC (CALIFORNIA CORPORATION)
3595 MT. DIABLO BLVD., SUITE 200
LAFAYETTE, CA 94549

FOR: TRAIL MIX CONSISTING PRIMARILY OF NUTS, SEEDS, AND DRIED FRUIT; NUT MEATS; MEAT-BASED SNACK FOODS; FRUIT- AND NUT-BASED FOOD BARS; DRIED FRUIT-BASED SNACKS; NUT AND SEED-BASED SNACK BARS; PROTEIN BASED, NU-TRIENT-DENSE SNACK FOODS, IN CLASS 29 (U.S. CL. 46).

FIRST USE 4-28-2012; IN COMMERCE 4-28-2012.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,068,863 AND 3,403,446.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "FOODS", APART FROM THE MARK AS SHOWN.

SN 85-983,914, FILED 3-16-2011.

JOHN DALIER, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# EXHIBIT G



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Mon Nov 13 04:51:02 EST 2017*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TSDR | ASSIGN Status | TTAB Status    *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | CAVE MAN |
| **Goods and Services** | IC 005. US 006 018 044 046 051 052. G & S: Protein based, nutrient-dense snack foods and energy bars being nutritional and dietary supplements

IC 029. US 046. G & S: Jerky; trail mix consisting primarily of nuts, seeds, and dried fruit; nut meats; fruit-based raw food bars; meat-based snack foods; fruit- and nut-based food bars; vegetable-based raw food bars; frozen, prepared and packaged meals consisting primarily of meat, fish, poultry or vegetables; dried fruit-based snacks; nut and seed-based snack bars; protein based, nutrient-dense snack foods consisting primarily of meat, nuts, seeds, and dried fruit; fruit, vegetable, and nut-based energy bars; butter, nut butters |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 02.01.25 - Archers (men); Hunters (men); Men, hunters, archers and other men with a significantly prominent weapon.; Weapons (men carrying)
23.01.02 - Bayonets; Harpoons; Hunting knives; Knives, daggers; Spears |
| **Serial Number** | 86169099 |
| **Filing Date** | January 17, 2014 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | April 4, 2017 |
| **Owner** | (APPLICANT) Caveman Foods, LLC LIMITED LIABILITY COMPANY CALIFORNIA 3595 Mt. Diablo Blvd., Suite 200 Lafayette CALIFORNIA 94549 |
| **Attorney of Record** | David Hochman |
| **Prior Registrations** | 3068863;4120331;4565451;AND OTHERS |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of a darkened image of a man holding a spear, with the words "CAVE MAN" to the right of the man. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# EXHIBIT H



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Mon Nov 13 04:51:02 EST 2017*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | CAVE MAN |
| **Goods and Services** | IC 005. US 006 018 044 046 051 052. G & S: Protein based, nutrient-dense snack foods and energy bars being nutritional and dietary supplements |
| | IC 029. US 046. G & S: Jerky; trail mix consisting primarily of nuts, seeds, and dried fruit; nut meats; fruit-based raw food bars; meat-based snack foods; fruit- and nut-based food bars; vegetable-based raw food bars; frozen, prepared and packaged meals consisting primarily of meat, fish, poultry or vegetables; dried fruit-based snacks; nut and seed-based snack bars; protein based, nutrient-dense snack foods consisting primarily of meat, nuts, seeds, and dried fruit; fruit, vegetable, and nut-based energy bars; butter, nut butters |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 02.01.25 - Archers (men); Hunters (men); Men, hunters, archers and other men with a significantly prominent weapon.; Weapons (men carrying) |
| | 23.01.02 - Bayonets; Harpoons; Hunting knives; Knives, daggers; Spears |
| **Serial Number** | 86169105 |
| **Filing Date** | January 17, 2014 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | April 4, 2017 |
| **Owner** | (APPLICANT) Caveman Foods, LLC LIMITED LIABILITY COMPANY CALIFORNIA 3595 Mt. Diablo Blvd., Suite 200 Lafayette CALIFORNIA 94549 |
| **Attorney of Record** | David Hochman |
| **Prior Registrations** | 3068863;4120331;4565451;AND OTHERS |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of a darkened image of a man holding a spear, with the words "CAVE MAN" below the man. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# EXHIBIT I



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Mon Nov 13 04:51:02 EST 2017*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout    Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |    *( Use the "Back" button of the Internet Browser to return to TESS)*

# CAVE MAN

| | |
|---|---|
| **Word Mark** | CAVE MAN |
| **Goods and Services** | IC 005. US 006 018 044 046 051 052. G & S: Nutritional supplement energy bars comprised of nuts, seeds, and/or fruit. FIRST USE: 20050824. FIRST USE IN COMMERCE: 20050824 |
| | IC 029. US 046. G & S: Snack and meal replacement nutrition bars comprised of nuts, seeds, and/or fruit; dried meat snacks including jerky, meat bars and meat bites. FIRST USE: 20050824. FIRST USE IN COMMERCE: 20050824 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | **87166881** |
| **Filing Date** | September 9, 2016 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | April 11, 2017 |
| **Owner** | (APPLICANT) Caveman Foods, LLC LIMITED LIABILITY COMPANY CALIFORNIA 3595 Mt. Diablo Blvd., Suite 200 Lafayette CALIFORNIA 94549 |
| **Attorney of Record** | David Hochman |
| **Prior Registrations** | 3068863;4565451;4863604 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# EXHIBIT J



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Mon Nov 13 04:51:02 EST 2017*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout    Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TSDR | ASSIGN Status | TTAB Status    *( Use the "Back" button of the Internet Browser to return to TESS)*

# CAVEMAN FOODS

| | |
|---|---|
| **Word Mark** | CAVEMAN FOODS |
| **Goods and Services** | IC 029. US 046. G & S: Fruit-based raw food bars; vegetable-based raw food bars; frozen, prepared and packaged meals consisting primarily of meat, fish, poultry or vegetables<br><br>IC 030. US 046. G & S: Cereal based energy bars; Breakfast cereals |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 87087186 |
| **Filing Date** | June 28, 2016 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | March 21, 2017 |
| **Owner** | (APPLICANT) Caveman Foods, LLC LIMITED LIABILITY COMPANY CALIFORNIA 3595 Mt. Diablo Blvd., Suite 200 Lafayette CALIFORNIA 94549 |
| **Attorney of Record** | David Hochman |
| **Prior Registrations** | 3068863;4565451;4863604 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "FOODS" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# EXHIBIT K





DESCRIPTION          ADDITIONAL INFO          REVIEWS

## The All-New CAVEMAN True Paleo Formula™ : Cutting Edge Science Meets Ancient Supernutrients

### 2-Pack    |    5-Pack    |    10-Pack

See why Alex Jones and the Infowars Crew take this powerful CAVEMAN bone broth drink mix to perform at their best every day. With CAVEMAN True Paleo Formula from Alex Jones and Infowars Life, you can see your potential in one convienient supplemental powder. Feel why Caveman has hundreds of 5-star reviews today!

CAVEMAN by Infowars Life™ harnesses the power of ancient supernutrients with cutting edge nutraceutical science to bring you maximized benefits through powerful nutrition.

- **Helps support healthy muscles**
- **Supports healthy digestion**
- Encourages health on the cellular level
- Helps fight free radicals
- Helps support healthy tendons and ligaments

Not only does CAVEMAN bring you ultra high quality Bone Broth, one of the most popular new health trends in the world today, but more than 7 different superfoods and crucial compounds – and all for a highly affordable price.

### The Exclusive Blend of Superfoods and Crucial Compounds in CAVEMAN:

- **- Chicken Bone Broth**
- **- Multi Collagen Complex Blend**
- **- Turmeric Root**
- **- Chaga Mushroom**
- **- Bee Pollen**
- - Goji Berry Powder
- - Alfalfa Herb Powder
- - Stevia Leaf Extract
- - And More



