1  MARK B. MIZRAHI (State Bar No. 179384)
     mmizrahi@wrslawyers.com
2  WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
   11400 West Olympic Boulevard, 9th Floor
3  Los Angeles, California 90064-1582
   Telephone:   (310) 478-4100
4  Facsimile:   (310) 479-1422

5  Attorneys for Plaintiff
   CAVEMAN FOODS, LLC

6
7
8                    UNITED STATES DISTRICT COURT
9         NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION
10

11 | CAVEMAN FOODS, LLC, a California limited liability company, | Case No. 3:17-cv-06554-WHO |
12 | | **NOTICE of DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)** |
   | Plaintiff, | |
13 | vs. | |
14 | | Trial Date:   None |
   | FREE SPEECH SYSTEMS, LLC d/b/a INFOWARS, a Texas limited liability company, and DOES 1 through 10, | |
15 | | |
16 | Defendants. | |
17

18
19
20
21
22
23
24
25
26
27
28

Pursuant to Federal Rule of Procedure 41(a)(1)(A)(i), plaintiff CAVEMAN FOODS, LLC, by and through its counsel of record, hereby dismisses the above-captioned action, with prejudice. This Notice of Dismissal is made prior to any of the defendants having served either an answer or a motion for summary judgment.

Respectfully submitted,

DATED: February 26, 2018   WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP

By: _____/s/ - Mark B. Mizrahi_____
MARK B. MIZRAHI
Attorneys for Plaintiff CAVEMAN FOODS, LLC